**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

                                              Chapter 13
                                     Case No.: 3:18-bk-01983-PMG

**JACQUELINE FRAZIER,**

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti | Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE FOR CIVIC HODLINGS IV TRUST** ("BSI Financial Services" or "Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 6th day of July, 2018.**

                                              Respectfully submitted,

                                              **GHIDOTTI | BERGER, LLP**
                                              *Attorneys for Secured Creditor*
                                              3050 Biscayne Blvd. - Suite 402
                                              Miami, Florida 33137
                                              Telephone: (305) 501.2808
                                              Facsimile: (954) 780.5578

                                              By:    /s/ Chase A. Berger
                                                     Chase A. Berger, Esq.
                                                     Florida Bar No. 083794
                                                     cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
       Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Jacqueline Frazier**
4802 College Park Drive
Brunswick, GA 31520

*Debtor's Counsel*
**Gerald B. Stewart, Esq.**
24 North Market Street - Suite 402
Jacksonville, FL 32202

*Trustee*
**Douglas W. Neway**
P.O. Box 4308
Jacksonville, FL 32201

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
       Chase A. Berger, Esq.